ZAINEY, J.
APRIL 13, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES R. COX | CIVIL ACTION |
| VS. | NO. 04-3243 |
| STUART H. SMITH, ET AL | SECTION "A"(3) |

**ORDER**

The Court ordered that all dispositive motions be set with a hearing date of no later than **Wednesday, March 8, 2006**. (See Nov. 3 Minute Entry, Rec. Doc. 17). Defendants' Motion for Summary Judgment was not filed until that date and thus, in accordance with the Local Rules, was untimely filed. The Court has determined that there is insufficient time to adequately address the issues raised in Defendants' motion for summary judgment due to the imminent trial date. Therefore, the motion shall be denied. Thus, further discovery to respond to the motion for summary judgment is not necessary.

ACCORDINGLY,

**IT IS ORDERED** that **Defendants' Motion for Summary Judgment (Rec. Doc. 53)** is **DENIED**.

1

**IT IS FURTHER ORDERED** that the pretrial conference and the trial in this matter shall proceed as scheduled.

\* \* \* \* \* \* \* \*

*[signature: Jay C. Zainey]*